1  **TEAL & MONTGOMERY**
   STEVEN O. TEAL  (Bar No. 58454)
2  MICHAEL S. HENDERSON  (Bar No. 175608)
   815 Fifth Street, Suite 200
3  Santa Rosa, California  95404
   Telephone: (707) 525-1212
4  Facsimile: (707) 544-1388

5  ATTORNEYS FOR PLAINTIFF

6

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | VERONICA LOPEZ,                         | Case No.  C 06-6817 VRW
13 |                                          |
   |            Plaintiff,                    | **STIPULATION AND ORDER OF**
14 |      vs.                                 | **DISMISSAL OF ACTION WITH**
   |                                          | **PREJUDICE**
15 | MONUMENTAL LIFE INSURANCE                |
16 | COMPANY, et al.,                         |
17 |            Defendants.                   |

18

19     Plaintiff Veronica Lopez and Defendant Monumental Life Insurance Company have

20 reached a resolution of this matter. The parties agree to dismiss this action in its entirely with

21 prejudice, pursuant to Fed.R.Civ.P. 41.(a). Each party shall bear its own fees and costs.

22     The parties seek the Court's approval of dismissal of this action with prejudice through

23 the order listed *infra*.

24 DATED: May 31, 2007          Teal & Montgomery

25
                                By: _____
26                                  Michael S. Henderson
                                    Attorneys for Plaintiff
27

28

                                                  STIPULATION AND ORDER OF
                                                  DISMISSAL OF ACTION WITH PREJUDICE

1
2                                          Kelly, Herlihy & Klein LLP
3  DATED: May 30, 2007
4                                          _____
                                           Thomas M. Herlihy / Sean P. Nalty
5                                          Attorneys for Defendant Monumental Life
                                           Insurance Company
6
7  **IT IS SO ORDERED:**
8
9
10 DATED: June 7, 2007            _____
                                  Honorable Judge Vaughn R Walker
11                                U.S. Court Northern District of California

*IT IS SO ORDERED*

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28